■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMUEL GOODMAN, Appellant. [727 NYS2d 920] —Judgment unanimously reversed on the law and new trial granted on count one of indictment. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of robbery in the second degree (Penal Law § 160.10 [1]). We previously held the case, reserved decision and remitted the matter to Supreme Court for a reconstruction hearing to determine whether defendant was present at the *Sandoval* hearing held at the conclusion of jury selection (*People v Goodman,* 275 AD2d 969). Upon remittal, the court concluded that the People failed to meet their burden of proving by a preponderance of the evidence that defendant was present (*see, People v Terry,* 225 AD2d 1058, *lv denied* 88 NY2d 886). The record supports the court's conclusion. Because defendant's presence at the *Sandoval* proceeding would not have been superfluous, the judgment of conviction must be reversed and a new trial granted on count one of the indictment (*see, People v Douglas,* 269 AD2d 826). (Resubmission of Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Robbery, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Lawton, JJ.